No. 54. BERNARDS ET AL. *v.* JOHNSON ET AL.; and

Nos. 133 and 134. LISENBA *v.* CALIFORNIA. May 5, 1941. The petitions for rehearing in these cases are granted. The judgments are vacated and the cases are restored to the docket for reargument. See *ante,* p. 537.

No. 686. REITZ *v.* MEALEY, COMMISSIONER OF MOTOR VEHICLES. May 12, 1941. The petition for rehearing is granted. The judgment is vacated and the case is restored to the docket for reargument. See *ante,* p. 542.

No. 901. BAKERY & PASTRY DRIVERS & HELPERS LOCAL 802 OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS ET AL. *v.* WOHL ET AL. See *ante,* p. 548.

No. 342. KIMMICH *v.* NEW YORK CLEARING HOUSE ASSOCIATION ET AL. April 7, 1941. Motion for leave to file petition for rehearing denied. 311 U. S. 653.